UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARILYN HOLLIES** | § § § | Docket No. 2:23-cv-04477 |
| **VERSUS** | § § § | Judge: SUSIE MORGAN |
| **ALLSTATE INSURANCE COMPANY** | § § § § | Magistrate Judge: MICHAEL NORTH |

### JOINT MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes both Plaintiff and Defendant, through undersigned counsel, and respectfully request this Honorable Court to grant its Joint Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, Marilyn Hollies, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 26, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, Plaintiff informed Plaintiff's counsel that they did not wish to pursue this claim;

Accordingly, upon due consideration of the facts and law, Plaintiff and Defendant wish to file Dismissal without Prejudice as agreed upon.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Joint Motion to Dismiss and enter an order dismissing the above-referenced claim without prejudice.

Respectfully Submitted,

| | |
|---|---|
| /s/Stephen C. Resor | /s/ Mark Ladd |
| STEPHEN C. RESOR (#16767) | MARK LADD (30847) |
| JOHN W. HITE, III (#17611) | GALINDO LAW FIRM |
| AMY DUNN HOTARD (#31709) | 3850 North Causeway Blvd. Ste. 1520 |
| JORDAN T. LACOSTE (#39948) | Metairie, Louisiana 70002 |
| SALLEY, HITE, MERCER & RESOR, LLC | Ph. 713-228-3030 |
| 365 Canal Street, Suite 170 | Fax 713-228-3003 |
| New Orleans, LA 70130 | Email:hurricane@galindolaw.com |
| Tel.: 504-566-8800 | **ATTORNEYS FOR PLAINTIFF** |
| Fax: 504-566-8828 | |
| sresor@shrlaw.com | |
| jhite@shmrlaw.com | |
| ahotard@shmrlaw.com | |
| jlacoste@shmrlaw.com | |
| **ATTORNEYS FOR DEFENDANT** | |

**CERTIFCATE OF SERVICE**

I hereby certify that on the 15th day of February 2024, I electronically filed the foregoing with the Clerk of Court through the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

 /s/ Stephen C. Resor
STEPHEN C. RESOR